UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, | ) |
|     Plaintiff, | ) |
| vs. | ) Cause No. 4:21CR00254 HEA/NCC |
| JACKSON PRESTON SIPLES III, | ) |
|     Defendant. | ) |

### ENTRY OF APPEARANCE

COMES NOW, Richard H. Sindel, and hereby enters his appearance as counsel for Defendant in the above-captioned matter.

Respectfully Submitted,

SINDEL NOBLE

*/s/ Richard H. Sindel*
RICHARD H. SINDEL, #23406MO
Attorney for Defendant
8000 Maryland Ave., Suite 910
Clayton, MO 63105
(314) 721-6040
(314) 721-8545 (fax)
rsindel@sindellaw.com

### Certificate of Service

The above signature certifies that a copy of the foregoing was filed electronically with the Clerk of Court and to be served by operation of the Court's electronic filing system on this 28th day of April, 2021 to all attorneys of record.

*/s/ Richard H. Sindel*