October 25, 2022

Honorable Judge Noelle C. Collins
United States Magistrate Judge
%Richard H. Sindel
8000 Maryland Ave-Ste 910
Clayton, Mo 63105

Re: United States v. Jackson Siples
    Cause No. 4:21CR00254

Hello Judge Collins, my name is Lori Caldwell. I am a life-long resident of Sikeston Missouri where I've been employed with the State of Missouri Office of Workforce development for 19 years and current Supervisor of the Missouri Career Center. Working in the public sector for this length of time has afforded me the opportunity to meet with a multitude of individuals for a variety of reason. Over the years, I truly believe that I've developed the skill of identifying individuals who are sincerely seeking employment opportunities from those who are simply present at the insistence of someone forcing them to comply.

I became acquainted with Jackson Preston Siples whom I affectionately nicknamed, *"Brother Minister"* approximately 5 years ago at my home church in Cape Girardeau. We participated in the music ministry together which led to a friendship with high spiritual regards, reference for his musical talent as well as a deep appreciation of his servanthood to the ministry. Jackson has given of himself tirelessly, cooking, cleaning, singing and playing for our church although those are only a few of the functions in which he operates with-in the church.

We've also worked together on the Feed'em Project during the Pandemic. Jackson spear-headed several sites which allowed our church ministry the opportunity to give-away bags of food to assist families in and around the Cape Girardeau & Sikeston areas, enabling struggling families unprepared to feed homebound children due to the crisis.

Jackson's caring and compassionate personality was on full display over the course of time spent serving, never hesitating to stop and pray for those facing terminal illnesses, devastating hardships or those just in need of encouragement. He extended this same kindness to my elderly mother and young adult daughter as well. He has always gone out of his way to walk my mother to her car on Sunday's and calls to check on my daughter when she misses too many Sunday services.

I don't know all of the intricate details of this case nor the extent of Jackson's involvement but I am fully convinced that the character of this young man is one that is worthy of redemption, I fully trust and believe in his integrity. I kindly petition the court to grant leniency towards our Brother Minister in this hour, I am certain he is godly sorry for his error in judgment and will work diligently to regain his position of trust in the eyesight and hearts of those within the community at-large, friends and family.

Sincerely,

Lori Caldwell



To the Honorable Judge Henry Edward Autry, United States Magistrate Judge

in care of Richard H. Sindel

8000 Maryland Ave- Suite 910

Clayton, MO 63105

From Adrian Taylor, Jr.,ThD



Dear Judge Autry,

I am the Senior Pastor of Lighthouse United, a church located on the Southside of Cape Girardeau in Southeast Missouri.  Since 2009, I have led this congregation and held various positions of significance in the Community.  I was the first African American Pastor to serve as President of the Cape Girardeau Ministerial Alliance, and I am the Chaplain Coordinator for The Cape Girardeau County Sheriff's Department, The Jackson Police Department, and The Cape Girardeau Police Department.  I sit on various boards and provide counsel to multiple community, religious, political, and business leaders throughout our Region and State.  My heart is to serve people from all walks of life, and that is the primary reason I am writing on behalf of Jackson Preston Siples, III.

Jackson and his family are dear to my family and me.  Though they live in other parts of the Country, his Mother and Grandmother are frequent fixtures in our church.  They all share a rich legacy of faith and support of the community.  I saw how dedicated Jackson was in his previous church.  He traveled with me doing ministry around the Country, and I found in him some unusual traits for someone so young.  He was well mannered, disciplined, and passionate about The Lord.  These distinctions are what led me to ask Jackson to join me in Cape Girardeau so many years ago.  I recruited him to help me build our church, and after much prayer and guidance from his grandmother, he graciously accepted and moved.  Since 2016, Jackson has served alongside me carrying out the great Vision of making the work and love of Christ a tangible force for change in our world.

A talented singer and musician, Jackson has led our music ministry to new levels of excellence.  He helped elevate the skillset of the overall team, and he exposed them to new methods and opportunities like having Award winning gospel recording Artists visit our church to sing and


train the entire music department. Jackson not only used music to motivate, but he used it to provide direction to misguided people. Countless individuals found confidence, faith, and purpose as a result of their being a part of our church's music ministry. This kindness extends to other churches also. Even now, Jackson mentors' teenagers by training them how to play instruments for their church. Some of these young people are considered "at risk," but Jackson has found a way, through his gift of music, to engage and show them a better way in life.

As you know, Your Honor, these past few years have been some of the most difficult the world has known in nearly a century, and the impact has left widespread devastation. During this pandemic, Jackson was one of the few people in our church that sacrificed tirelessly to provide for others. He helped lead our food program that served over 1 million meals and fed children and families all over Southeast Missouri and the Bootheel. I would like to say that our church was not affected, but our church struggled and suffered major losses too. Many of our congregation were unable to attend in person because of illness, economics, and death. This stressful time even took a great toll on me, but Jackson Preston Siples, III, remained a constant source encouragement and beacon of hope. Jackson, served his church, his pastor, and his community. I am certain that one of the primary reasons we made it through the pandemic is because of Jackson Preston Siples, III.

What I have described in these brief paragraphs is who Jackson has always been. He was this way before he came to our church, and he has only increased his kindness each day since. Jackson Preston Siples, III is a compassionate servant that goes out of his way to uplift people. When he sees a person that's down, he invites them to his home and cooks them a meal. He shares genuine love and care with them, and when they leave, they are refreshed and revived. His family taught him this, and he lives it boldly every day! Even when he is in need, he places the wellbeing of others above his own. There are few men I trust more than him, and I proudly say that I am his Pastor.

Apostle Adrian Taylor Jr., ThD

